EVELYN DE CORDOVA, as Executrix of and Trustee under the Will of VERONA DE CORDOVA, Deceased, Respondent, *v.* ARTHUR J. SANVILLE, Appellant.

*de Cordova* v. *Sanville*, 165 App. Div. 128, reversed.
(Argued February 25, 1915; decided March 16, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 18, 1914, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the first cause of action set forth in the complaint, being to recover money had and received.

The following question was certified: "Does the first

cause of action in the complaint state facts sufficient to constitute a cause of action?"

*Otto C. Sommerich* and *Maxwell C. Katz* for appellant.

*William F. Unger* and *Samuel P. Goldman* for respondent.

Order reversed and interlocutory judgment directed sustaining demurrer, with costs in all courts, on dissenting opinion of INGRAHAM, P. J., below, and with leave to plaintiff to serve amended complaint within twenty days if so advised. Question certified answered in the negative.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.